**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2023

<u>Via ECF</u>

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

**Re:    United States v. Edward Rivas
         23 Cr. 534 (VM)**

Dear Judge Marrero,

    I write to respectfully request that Mr. Rivas's pretrial release conditions be modified so that he may return to his home in Yonkers, New York. Pretrial Services consents to this request and the Government defers to Pretrial Services.

    On October 19, 2023, after a dispute between him and his wife, Mr. Rivas's bail was modified to add a condition that he stay away from his home and abide by a temporary order of protection. (Doc. 16.) Over the past two months, Mr. Rivas and his wife have reconciled, and the temporary order of protection in the state has been dropped. As such, Mr. Rivas respectfully requests that his bail be modified to remove the condition that he stay away from his Yonkers address, so that he may return home to be with his family before Christmas.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Maggie Lynaugh
       Pretrial Services Officer Ashley Cosme



Request **GRANTED.** Defendant's pretrial release conditions are hereby modified to permit him to return to his home in Yonkers, New York.

**SO ORDERED.**

21 December 2023

DATE                    VICTOR MARRERO, U.S.D.J.