USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

          - against -

EDWARD RIVAS and JOSUE ISSAC CRUZ HERRERA,

          Defendants.

**23 CR 534 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled currently scheduled for May 3, 2024, is hereby adjourned to May 31, 2024, at 4:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until May 31, 2024.

It is hereby ordered that time until May 31, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    1 May 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.