```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

EDWARD RIVAS and JOSUE ISSAC CRUZ HERRERA,

                              Defendants.

23 CR 534 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled currently scheduled for December 13, 2024, is hereby adjourned to January 10, 2025, at 3:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 10, 2025.

    It is hereby ordered that time until January 10, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    11 December 2024
               New York, New York

                                                  _____
                                                  Victor Marrero
                                                    U.S.D.J.