```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

EDWARD RIVAS and JOSUE ISSAC CRUZ HERRERA,

Defendants.

---

**23 CR 534 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled currently scheduled for January 10, 2025, is hereby adjourned to February 7, 2025, at 3:00 p.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until February 7, 2025.

It is hereby ordered that time until February 7, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   8 January 2025
         New York, New York

Victor Marrero
U.S.D.J.