USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/31/25_

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 30, 2025

**<u>Via ECF</u>**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:     <u>United States v. Edward Rivas</u>**
         **<u>23 Cr. 534 (VM)</u>**

Dear Judge Marrero:

I write with the consent of the government to respectfully request an adjournment of Mr. Rivas's August 22 sentencing and related deadlines in the above-captioned matter. This is the defense's first request for an adjournment of sentencing.

Mr. Rivas currently has a matter pending in Bronx Supreme Court, which the defense anticipates will be resolved at the next court appearance on September 12, 2025. So that Mr. Rivas's Presentence Investigation Report (PSR) can accurately reflect the disposition of this matter and so that Mr. Rivas can have no other pending matters at the time of sentencing or reflected in his PSR (which would affect his security designation and release date calculation), we respectfully request that the Court adjourn the deadline for the final PSR until September 19, 2025 and adjourn Mr. Rivas's sentencing to October 3, 2025 at 11:00 a.m.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:     Counsel of record



Request **GRANTED.**

The Court hereby grants Defendant Rivas's request for an adjournment of sentencing and hereby adjourns the sentencing scheduled for August 22, 2025, at 10:00am until October 3, 2025, at 11:00am.

**SO ORDERED.**

31 July 2025
DATE

VICTOR MARRERO, U.S.D.J.