```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EDWARD RIVAS,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

23 Cr. 534 (VM)

WHEREAS, on or about October 18, 2023, EDWARD RIVAS (the "Defendant"), was charged in a three-count Indictment, 23 Cr. 534 (VM) (the "Indictment"), with conspiracy to distribute narcotics, in violation of Title 21, United States Code, Section 846 (Count One); distribution of narcotics, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2 (Count Two); and distribution of narcotics, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A)&(B); Title 18, United States Code, Section 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One through Three of the Indictment and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission, of the offenses charged in Counts One through Three of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Three of the Indictment and the following property:

  a. Approximately $9,548 in United States currency the Government seized on or about August 17, 2023 from Defendant's apartment located in Bronx, New York ("Seized Funds-1");

  b. Approximately $7,423 in United States currency the Government seized from co-defendant, CRUZ HERRERA, on or about August 17, 2023 ("Seized Funds-2")

(a. and b., together, the "Seized Funds");

WHEREAS, on or about January 4, 2024, a Declaration of Administrative Forfeiture was entered forfeiting the Seized-Funds-2 to the Government;

WHEREAS, on or about January 5, 2024, a Declaration of Administrative Forfeiture was entered forfeiting the Seized Funds-1 to the Government;

WHEREAS, on or about October 3, 2025, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 21, United States Code, Section 853, all right, title and interest of the Defendant in the Seized Funds;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $16,971 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendant, Josue Issac Cruz Herrera (the "Co-defendant") to the extent a forfeiture money judgment is entered against the Co-Defendant in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Maggie Lynaugh, of counsel, and the Defendant and his counsel, Neil Kelly, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $16,971 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his Co-Defendant, to the extent a forfeiture money judgment is entered against the Co-Defendant in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant EDWARD RIVAS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the Seized Funds shall be applied in full satisfaction of the Money Judgment.

4. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

5. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          10/3/25
    MAGGIE LYNAUGH                             DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2448


EDWARD RIVA

By: _____          10/3/25
    EDWARD RIVAS                              DATE


By: _____          10/3/25
    NEIL KELLY, ESQ.                          DATE
    Attorney for Defendant
    52 Duane Street, 10th Floor
    New York, NY 10007


SO ORDERED:

_____               10-3-2025
HONORABLE VICTOR MARRERO                      DATE
UNITED STATES DISTRICT JUDGE